IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

STEVEN S. SILVEY                                                                                    PLAINTIFF

vs.                                                                          Civil Action No. 1:20cv-44-GHD-DAS

MISSISSIPPI STATE UNIVERSITY                                                                DEFENDANT

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, being advised of an agreement between the parties, hereby dismisses the Plaintiff's complaint in this matter with prejudice.

So ordered, this the 8th day of December, 2022

_____
SENIOR U.S. DISTRICT JUDGE


AGREED:


/s/ Philip C. Hearn, Esq.
Philip C. Hearn, Esq.
Miss. Bar No. 9366
Charles C. Cole, Esq.
Miss. Bar No. 105806
HEARN LAW FIRM, P.A.
*Attorney's for Plaintiff*


/s/ Charles E. Winfield
Charles E. Winfield, Esq.
Miss. Bar No. 10588
Ashlyn B. Matthews, Esq.
Miss. Bar No. 104424
THE WINFIELD LAW FIRM, P.A.
*Attorney's for Defendant*